**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>CRISTÓBAL M. GALINDO, P.C. d/b/a GALINDO LAW FIRM,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-90764 (ARP) |
| CMG FUNDING 2025 LLC,<br><br>Plaintiff,<br><br>v.<br><br>CRISTÓBAL M. GALINDO, P.C. d/b/a GALINDO LAW FIRM, and GALINDO & MOTT, LLP,<br><br>Defendants. | Adv. Pro. No. 26-03633 (ARP) |

**ORDER GRANTING DEFENDANTS' EMERGENCY MOTION FOR RELIEF FROM PENDING DEADLINES AND TO RESCHEDULE RULE 7016 CONFERENCE**

The Court has considered the Emergency Motion for Relief from Pending Deadlines and to Reschedule Rule 7016 Conference (the "Motion") filed by Cristóbal M. Galindo, P.C. d/b/a Galindo Law Firm (the "Debtor") and Galindo & Mott, LLP (together with the Debtor, the "Defendants"). The Court finds that cause exists under Federal Rule of Bankruptcy Procedure 9006(b)(1), and good cause exists under Federal Rule of Civil Procedure 16(b), as made applicable by Federal Rule of Bankruptcy Procedure 7016, to grant the relief set forth below.

It is therefore ORDERED that:

1. The Motion is GRANTED.

2. Each Defendant's deadline to answer or otherwise respond to the Complaint [Adv. Dkt. No. 1] is extended to November __, 2026.

3. The Defendants' deadline to serve the disclosures required by Federal Rule of Civil Procedure 26(a)(1) is extended to November __, 2026.

4. The parties shall conduct a supplemental meeting under Federal Rule of Civil Procedure 26(f), in which the Defendants' litigation counsel participates, not later than November __, 2026.

5. The Rule 7016 conference set for October 19, 2026, at 11:00 a.m. is VACATED. The conference is reset to November __ 2026, at _____by telephone and video conference.

6. The Rule 26(f)(3) report required by paragraph 9 of the Order Setting Rule 7016 Conference [Adv. Dkt. No. 10] must be filed not later than seven days before the Rule 7016 conference.

7. All other pending pretrial deadlines applicable to the Defendants in this adversary proceeding are extended by 30 days.

8. Except as modified by this Order, the Order Setting Rule 7016 Conference [Adv. Dkt. No. 10] remains in full force and effect.

10. The Court retains jurisdiction over all matters arising from or related to the implementation of this Order.

Signed: __________________________, 2026

______________________________
ALFREDO R. PÉREZ
UNITED STATES BANKRUPTCY JUDGE