# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PÉREZ

## Thursday, October 15, 2026

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Kristopher | Hansen | Paul Hastings LLP | CMG Funding 2025 LLC |
| Mazin | Sbaiti | Sbaiti & Company PLLC | Cristobal M. Galindo, P.C. d/ba Galindo Law Firm and Galindo & Mott, LLP |
| Craig | Stanfield | Paul Hastings LLP | CMG Funding 2025 LLC |